**STATE of Missouri, Respondent,**

v.

**James HARTER, Appellant.**

**No. WD 43811.**

Missouri Court of Appeals,
Western District.

June 4, 1991.

Willard B. Bunch, Kansas City, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, C.J., KENNEDY and GAITAN, JJ., and WASSERSTROM, Senior Judge.

PER CURIAM.

**ORDER**

Appeal from a conviction of knowingly burning, § 565.055, RSMo 1986.

Affirmed. Rule 30.25(b).